United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18176-amc
Donna Feldmayer                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 1           Date Rcvd: Dec 13, 2018
                               Form ID: 130              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +Donna Feldmayer,    1427 Elm Wood Avenue,    Sharon Hill, PA 19079-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Donna  Feldmayer brad@sadeklaw.com,    bradsadek@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                           TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                           Chapter: 13

   Donna Feldmayer

                Debtor(s)                 Bankruptcy No: 18−18176−amc

***O R D E R***

**AND NOW,** this 13th day of December, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Atty Disclosure Statement due 12/26/2018
      Chapter 13 Plan due by 12/26/2018
      Schedules AB−J due 12/26/2018
      Statement of Financial Affairs due 12/26/2018
      Summary of Assets and Liabilities Form B106 due 12/26/2018
      Means Test Calculation Form 122C−2 Due: 12/26/2018
      Chapter 13 Statement of Your Current Monthly Income and
      Calculation of Commitment Period Form 122C−1 Due 12/26/2018

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

5
Form 130