# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Donna Feldmayer | : | |
| | : | Bankruptcy Case No.: 18-18176AMC |
| | : | |

## ORDER

AND NOW, this __2nd__ day of __January__, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before __January 23, 2019.__

_____
**Judge Ashely M. Chan**