Catholic Housing and Community Services
222 N 17th Street
4th Floor
Philadelphia, PA 19103

Date 1/16/2019

PAY
*** VOID ***   *** VOID ***   *** VOID ***   *** VOID ***   *** VOID ***

***$0.00

/N /
TO THE    Donna Feldmayer
ORDER    1427 Elmwood Avenue
OF       Sharon Hill, PA 19079

NON-NEGOTIABLE

# # # # # # # # # # # # # # # # # #

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS
Catholic Housing and Community Services
222 N 17th Street
4th Floor
Philadelphia, PA 19103

Donna Feldmayer
1427 Elmwood Avenue
Sharon Hill, PA 19079

| | |
|---|---|
| Emp No | 100279 |
| Location | VSJ |
| Department | N |
| Payroll Sort | |

| | |
|---|---|
| FIT | M 1 |
| SIT res | M 0 |
| SIT work | M 0 |
| LIT work | M 0 |

| | |
|---|---|
| Advice No | 333 |
| Advice Date | 1/16/2019 |
| Period End | 1/11/2019 |
| Paygroup | VSJ |
| Job | 465400 |

COMPANY MESSAGE

### EARNINGS

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular 2 | 69.15 | 968.79 | 1,529.18 |
| Overtime 2 | 1.57 | 32.99 | 37.62 |
| Paid Holiday | 8.00 | 112.08 | 336.24 |
| Paid Sick Time | 8.00 | 112.08 | 112.08 |
| Paid Vacation | 2.85 | 39.93 | 376.17 |

### DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Accident Ins | 9.83 | 19.66 |
| Critical Illness | 39.80 | 79.60 |
| Dental | 32.51 | 65.02 |
| Medical | 132.64 | 265.28 |
| NY Whole Life | 20.00 | 60.00 |
| STD | 11.31 | 22.62 |
| Vanguard 403b | 12.86 | 23.92 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 47.27 | 80.85 |
| Employee Medicare | 15.96 | 29.89 |
| Social Security Empl | 68.24 | 127.79 |
| PA State Income Tax | 33.79 | 63.28 |
| DARBY | 11.01 | 20.61 |
| DARBY BORO | 2.00 | 4.00 |
| PA Unemployment Empl | 0.76 | 1.44 |

### EMPLOYEE ACCRUALS

| | Current | YTD |
|---|---|---|
| Sick pay | 0.31 | 5.32 |
| Vacation | 1.65 | 92.54 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| 372988030 | C | 817.99 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 1,265.87 | 179.03 | 268.85 | 817.99 |
| YTD | 2,391.50 | 327.66 | 536.30 | 1,527.54 |

Total Net Pay  817.99

Catholic Housing and Community Services
222 N 17th Street
3rd Floor
Philadelphia, PA 19103

Date  1/2/2019

PAY
*** VOID ***   *** VOID ***   *** VOID ***   *** VOID ***   *** VOID ***

***$0.00

TO THE ORDER OF
/N /
Donna Feldmayer
1427 Elmwood Avenue
Sharon Hill, PA 19079

NON-NEGOTIABLE

# # # # # # # # # # # # # # # # #

STATEMENT OF EARNINGS - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

Catholic Housing and Community Services
222 N 17th Street
3rd Floor
Philadelphia, PA 19103

Donna Feldmayer
1427 Elmwood Avenue
Sharon Hill, PA 19079

| | | |
|---|---|---|
| Emp No 100279 | FIT M 1 | Advice No 213 |
| Location VSJ | SIT res M 0 | Advice Date 1/2/2019 |
| Department N | SIT work M 0 | Period End 12/28/2018 |
| Payroll Sort | | Paygroup VSJ |
| | LIT work M 0 | Job 465400 |

COMPANY MESSAGE

### EARNINGS

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Regular 2 | 40.00 | 560.40 | 560.40 |
| Overtime 2 | 0.23 | 4.83 | 4.83 |
| Paid Holiday | 16.00 | 224.16 | 224.16 |
| Paid Vacation | 24.00 | 336.24 | 336.24 |

### DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Accident Ins | 9.83 | 9.83 |
| Critical Illness | 39.90 | 39.90 |
| Dental | 32.51 | 32.51 |
| Medical | 132.64 | 132.64 |
| NY Whole Life | 30.00 | 30.00 |
| STD | 11.31 | 11.31 |
| Vanguard 403b | 11.26 | 11.26 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 33.38 | 33.38 |
| Employee Medicare | 13.93 | 13.93 |
| Social Security Empl | 59.55 | 59.55 |
| PA State Income Tax | 29.49 | 29.49 |
| DARBY | 9.60 | 9.60 |
| DARBY BORO | 2.00 | 2.00 |
| PA Unemployment Empl | 0.68 | 0.68 |

EMPLOYEE ACCRUALS

NET PAY DISTRIBUTION
372988030   C   709.55

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 1,125.63 | 148.63 | 267.45 | 709.55 |
| YTD | 1,125.63 | 148.63 | 267.45 | 709.55 |

Total Net Pay   709.55

```
System:     1/23/2019   9:04:13 AM                    Villa Saint Joseph                                              Page:    1
User Date:  1/23/2019                                 CHECK HISTORY REPORT                                            User ID: ccasey

Ranges:
    Employee ID: 100279 - 100279
    Date:        6/1/2018 - 12/31/2018

                                                              Employee Name: Feldmayer, Donna
                                                                       SSN #: 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
                                                                   Hire Date: 9/28/2010
                                                                        Dept: Professional Care
                                                                    Position: Nursing Aide Uncertified
                                                                        Type: Full Time Regular          Wk Hrs/Yr: 2080

*=Voided

Name
Check Number                              Non      Gross    Gross                           Federal Filing: MAR         # Exempt: 1
Check Date   Regular Overtime Productive  Hours    Wages                                     State Tax: PA         Local Tax: 23  100
                                                            FedTax      FICA SS   FICA Med  State      Local   Deductions  Net Wage

DD0010978
6/6/2018     66.65   16.13    0.00        82.78    $1,250.02  $36.37   $63.13    $14.77    $31.26   10.18    $436.43    $657.88

DD0011005
6/20/2018     0.00    0.00    0.00         0.00    $2,243.88 $182.15  $139.12    $32.53    $68.89   22.44      $1.35  $1,797.40

DD0011039
6/20/2018    47.78    0.00   32.00        79.78    $1,097.77  $26.09   $56.71    $13.27    $28.08    9.15    $386.07    $578.40

DD0011092
7/3/2018     80.00    0.07    0.00        80.07    $1,122.27  $30.17   $59.34    $13.87    $29.38    9.57    $368.40    $611.54

DD0011144
7/18/2018    56.00    1.62   24.00        81.62    $1,154.85  $33.32   $61.36    $14.35    $30.38    9.9     $369.23    $636.31

DD0011197
8/1/2018     72.00    0.73    8.00        80.73    $1,136.14  $31.49   $60.20    $14.08    $29.81    9.71    $369.03    $621.82

DD0011247
8/15/2018    80.00   24.32    0.00       104.32    $1,632.01  $81.81   $90.95    $21.27    $45.03   14.67    $374.29  $1,003.99

DD0011299
8/29/2018    64.00    2.15   16.00        82.15    $1,165.99  $55.05   $72.29    $16.91    $35.80   11.66    $113.16    $861.12

DD0011357
9/12/2018    56.00    1.18   24.00        81.18    $1,145.60  $32.41   $60.79    $14.22    $30.10    9.8     $369.14    $629.14

DD0011412
9/26/2018    63.10    8.22   16.00        87.32    $1,280.97  $45.71   $69.18    $16.18    $34.26   11.16    $370.57    $733.91

DD0011470
10/10/2018   80.00    2.78    0.00        82.78    $1,179.24  $35.71   $62.87    $14.70    $31.13   10.14    $369.49    $655.20

DD0011528
10/24/2018   64.00    8.98    8.00        80.98    $1,197.48  $37.50   $64.01    $14.97    $31.69   10.32    $369.68    $669.31
```

| System: | 1/23/2019 | 9:04:13 AM | | | | Villa Saint Joseph | | | | | | | Page: | 2 |
| User Date: | 1/23/2019 | | | | | CHECK HISTORY REPORT | | | | | | | User ID: | ccasey |

*=Voided

| Name Check Number Check Date | Regular | Overtime | Non Productive | Gross Hours | Gross Wages | FedTax | FICA SS | FICA Med | State | Local | Deductions | Net Wage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DD0011586 11/7/2018 | 56.00 | 0.05 | 23.00 | 79.05 | $1,107.84 | $28.71 | $58.44 | $13.67 | $28.94 | 9.43 | $368.73 | $599.92 |
| DD0011642 11/21/2018 | 71.28 | 0.00 | 8.00 | 79.28 | $1,110.71 | $28.99 | $58.63 | $13.71 | $29.03 | 9.46 | $269.97 | $700.92 |
| DD0011701 12/5/2018 | 56.00 | 16.15 | 24.00 | 96.15 | $1,488.27 | $66.11 | $82.03 | $19.18 | $40.62 | 13.23 | $273.96 | $993.14 |
| DD0011759 12/19/2018 | 71.60 | 4.23 | 8.00 | 83.83 | $1,204.10 | $38.15 | $64.42 | $15.07 | $31.90 | 10.39 | $270.95 | $773.22 |
| Total | 984.41 | 86.61 | 191.00 | 1,262.02 | $20,517.14 | $789.74 | $1,123.47 | $262.75 | $556.30 | $181.21 | $5,080.45 | $12,523.22 |

**Master Food Distributors Inc**
900 Conchester Hwy
Boothwyn, PA 19061

Direct Deposit/Advice
Check Date: January 04, 2019
Voucher Number: 107388

***This is not a check***
Direct Deposit Voucher

0439 000006   339  107388.27
Gregory J Feldmayer
1427 Elmwood Ave.
Sharon Hill, PA 19079

## Gregory J Feldmayer

900 Conchester Hwy - Boothwyn, PA 19061

| | | | Fed Taxable Income | 1753.11 | Check Date: | January 04, 2019 | Voucher Number | 107388 |
|---|---|---|---|---|---|---|---|---|
| Emp Id | 339 | | Fed Filing Status | M/0 | Period Beginning | December 19, 2018 | Net Pay | 1,402.19 |
| Location | 000006 | | State Filing Status | M/0 | Period Ending | January 01, 2019 | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| Regular | 19.41 | 74.32 | 1442.55 | 1442.55 |
| Holiday | 19.41 | 16.00 | 310.56 | 310.56 |
| Total Gross Pay | | 90.32 | 1753.11 | 1753.11 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1753.11 | 25.42 | 25.42 |
| MED-HI | 1753.11 | | |
| SS | 1753.11 | 108.69 | 108.69 |
| PASUI-E | 1753.11 | 1.05 | 1.05 |
| PA-230204N | 1753.11 | 17.53 | 17.53 |
| PA-UP1M | 1753.11 | 2.00 | 2.00 |
| PA | 1753.11 | 53.82 | 53.82 |
| HITW M/0 | 1753.11 | 142.41 | 142.41 |
| Total Withholding | | 350.92 | 350.92 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1808 | xxxxx8030 | 1402.19 |
| Total Direct Deposits | | 1402.19 |

| Accruals | | Balance |
|---|---|---|
| HOL | | 0.00 |
| PTO | | 16.00 |

Master Food Distributors, Inc
900 Conchester Hwy
Boothwyn, PA 19061

**Direct Deposit Advice**
**Check Date** December 21, 2018
**Voucher Number** 107355

\*\*\*This is not a check\*\*\*
Direct Deposit Voucher

0439 000006  339 107355 27
Gregory J Feldmayer
1427 Elmwood Ave
Sharon Hill, PA 19079

---

**Gregory J Feldmayer**

Master Food Distributors, Inc
900 Conchester Hwy - Boothwyn, PA 19061

**Earnings Statement**

| | | | Fed Taxable Income | 1430.91 | Check Date: | December 21, 2018 | Voucher Number | 107355 |
| Emp Id | 339 | | Fed Filing Status | M/0 | Period Beginning | December 05, 2018 | Net Pay | 1,156.60 |
| Location | 000006 | | State Filing Status | M/0 | Period Ending: | December 18, 2018 | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt | Direct Deposits | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 19.41 | 73.72 | 1430.91 | 30341.66 | MED | 1430.91 | 20.75 | 500.95 | xxxxx1808 | xxxxx8030 | 1156.60 |
| Overtime | | | | 349.51 | MED-HI | 1430.91 | | | Total Direct Deposits | | 1156.60 |
| Holiday | | | | 748.40 | SS | 1430.91 | 88.71 | 2142.00 | | | |
| PTO | | | | 3108.88 | PASUI-E | 1430.91 | 0.86 | 20.73 | | | |
| Total Gross Pay | | 73.72 | 1430.91 | 34548.45 | PA-230204N | 1430.91 | 14.31 | 345.50 | | | |
| | | | | | PA-UPIM | 1430.91 | 2.00 | 52.00 | | | |
| | | | | | PA | 1430.91 | 43.93 | 1060.62 | | | |
| | | | | | FITW M/0 | 1430.91 | 103.75 | 2446.17 | | | |
| | | | | | Total Withholding | | 274.31 | 6567.97 | Accruals | | Balance |
| | | | | | | | | | HOL | | 0.00 |
| | | | | | | | | | PTO | | 16.00 |

**Master Food Distributors, Inc**
900 Conchester Hwy
Boothwyn, PA 19061

Direct Deposit Advice
Check Date
December 07, 2018

Voucher Number
107330

**\*\*\*This is not a check\*\*\***

Direct Deposit Voucher

0439 000006   339 107330 25
Gregory J Feldmayer
1427 Elmwood Ave
Sharon Hill, PA 19079

| | | Fed Taxable Income | 1386.46 |
|---|---|---|---|
| | | Fed Filing Status | M/0 |
| Emp Id | 339 | State Filing Status | M/0 |
| Location | 000006 | | |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| Regular | 19.41 | 63.43 | 1231.18 | 28910.75 |
| Holiday | 19.41 | 8.00 | 155.28 | 748.40 |
| Overtime | | | | 349.51 |
| PTO | | | | 3108.88 |
| Total Gross Pay | | 71.43 | 1386.46 | 33117.54 |

**Master Food Distributors, Inc**
900 Conchester Hwy - Boothwyn, PA 19061
Check Date:              December 07, 2018
Period Beginning: November 21, 2018
Period Ending:    December 04, 2018

**Earnings Statement**

Voucher Number   107330
Net Pay            1,122.74
Check Amount

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1386.46 | 20.10 | 480.20 |
| MED-HI | 1386.46 | | |
| SS | 1386.46 | 85.96 | 2053.29 |
| PASUI-E | 1386.46 | 0.83 | 19.87 |
| PA-230204N | 1386.46 | 13.86 | 331.19 |
| PA-UP1M | 1386.46 | 2.00 | 50.00 |
| PA | 1386.46 | 42.56 | 1016.69 |
| FITW M/0 | 1386.46 | 98.41 | 2342.42 |
| Total Withholding | | 263.72 | 6293.66 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1808 | xxxxx8030 | 1122.74 |
| Total Direct Deposits | | 1122.74 |

| Accruals | | Balance |
|---|---|---|
| HOL | | 0.00 |
| PTO | | 16.00 |

**This is not a check**
Direct Deposit Voucher

0439-000006  339 107305 25
**Gregory J Feldmayer**
1427 Elmwood Ave
Sharon Hill, PA 19079

| Gregory J Feldmayer | | | | Master Food Distributors, Inc | | | Earnings Statement | |
|---|---|---|---|---|---|---|---|---|
| | | | | 900 Conchester Hwy • Boothwyn, PA 19061 | | | | |
| | | | Fed Taxable Income | 1761.07 | Check Date: | November 23, 2018 | Voucher Number | 107305 |
| Emp Id | 339 | | Fed Filing Status | M/0 | Period Beginning | November 07, 2018 | Net Pay | 1,408.25 |
| Location | 000006 | | State Filing Status | M/0 | Period Ending: | November 20, 2018 | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt | Direct Deposits | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 19.41 | 77.68 | 1507.77 | 27679.57 | MED | 1761.07 | 25.53 | 460.10 | xxxxx1808 | xxxxx8030 | 1408.25 |
| Overtime | 29.12 | 8.70 | 253.30 | 349.51 | MED-HI | 1761.07 | | | Total Direct Deposits | | 1408.25 |
| Holiday | | | | 593.12 | SS | 1761.07 | 109.19 | 1967.33 | | | |
| PTO | | | | 3108.88 | PASUI-E | 1761.07 | 1.06 | 19.04 | | | |
| Total Gross Pay | | 86.38 | 1761.07 | 31731.08 | PA-230204N | 1761.07 | 17.61 | 317.33 | | | |
| | | | | | PA-UPIM | 1761.07 | 2.00 | 48.00 | | | |
| | | | | | PA | 1761.07 | 54.06 | 974.13 | | | |
| | | | | | FITW M/0 | 1761.07 | 143.37 | 2244.01 | Accruals | | Balance |
| | | | | | Total Withholding | | 352.82 | 6029.94 | HOL | | 0.00 |
| | | | | | | | | | PTO | | 16.00 |

0459 000006 339 107225 24

Gregory J Feldmayer
1427 Elmwood Ave
Sharon Hill, PA 19079

**Gregory J Feldmayer**

| | | | |
|---|---|---|---|
| Emp Id | 339 | Fed Taxable Income | |
| Location | 000086 | Fed Filing Status | |
| | | State Filing Status | |

**Master Food Distributors, Inc**
900 Conchester Hwy - Boothwyn, PA 19061

| | | |
|---|---|---|
| 1422.56 | Check Date: | October 12, 2018 |
| M/0 | Period Beginning: | Sept. 26, 2018 |
| M/0 | Period Ending: | October 09, 2018 |

**Earnings Statement**

| | |
|---|---|
| Voucher Number | 107225 |
| Net Pay | 1,150.23 |

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| Regular | 19.41 | 65.29 | 1267.28 | 23649.67 |
| PTO | 19.41 | 8.00 | 155.28 | 2953.60 |
| Overtime | | | | 96.21 |
| Holiday | | | | 593.12 |
| Total Gross Pay | | 73.29 | 1422.56 | 27292.60 |

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1422.56 | 20.62 | 395.74 |
| SS | 1422.56 | 88.20 | 1692.14 |
| PASUI-E | 1422.56 | 0.86 | 16.38 |
| PA-231104 | 1422.56 | 14.23 | 272.95 |
| PA-UP1M | 1422.56 | 2.00 | 42.00 |
| PA | 1422.56 | 43.67 | 837.87 |
| FITW M/0 | 1422.56 | 102.75 | 1915.27 |
| Total Withholding | | 272.33 | 5172.35 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1808 | xxxxx8030 | 1150.2 |
| Total Direct Deposits | | 1150.2 |

| Accruals | | Hours |
|---|---|---|
| HOL | | 0.0 |
| PTO | | 24.0 |

| Benefits | Amount | YTD Am |
|---|---|---|

**\*\*\*This is not a check\*\*\***

Direct Deposit Voucher

0439 000006   339 107054 27
**Gregory J Feldmayer**
1427 Elmwood Ave
Sharon Hill, PA 19079

## Gregory J Feldmayer

## Master Food Distributors, Inc
900 Conchester Hwy - Boothwyn, PA 19061

## Earnings Statement

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | 339 | | Fed Taxable Income | 1102.21 | Check Date: | | July 20, 2018 | Voucher Number | | 107054 |
| Location | 000006 | | Fed Filing Status | M/0 | Period Beginning: | | July 04, 2018 | Net Pay | | 904.57 |
| | | | State Filing Status | M/0 | Period Ending: | | July 17, 2018 | | | |

| Earnings | Rate | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt | Direct Deposits | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 18.41 | 27.87 | 513.09 | 16148.55 | MED | 1102.21 | 15.98 | 280.34 | xxxxx1808 | xxxxx8030 | 904.57 |
| PTO | 18.41 | 32.00 | 589.12 | 2651.04 | SS | 1102.21 | 68.34 | 1198.69 | Total Direct Deposits | | 904.57 |
| Overtime | | | | 96.21 | PASUI-E | 1102.21 | 0.66 | 11.60 | | | |
| Holiday | | | | 437.84 | PA-231104 | 1102.21 | 11.02 | 193.34 | | | |
| Total Gross Pay | | 59.87 | 1102.21 | 19333.64 | PA-UPIM | 1102.21 | 2.00 | 30.00 | | | |
| | | | | | PA | 1102.21 | 33.84 | 593.54 | | | |
| | | | | | FITW M/0 | 1102.21 | 65.80 | 1365.55 | Accruals | | Hours |
| | | | | | Total Withholding | | 197.64 | 3673.06 | HOL | | 0.00 |
| | | | | | | | | | PTO | | 32.00 |

Master Food Distributors, Inc
900 Conchester Hwy - Boothwyn, PA 19061

Direct Deposit Advice
Check Date: July 06, 2018
Voucher Number: 107024

***This is not a check***

Direct Deposit Voucher

0439-000006  339  107024 25
Gregory J Feldmayer
1427 Elmwood Ave
Sharon Hill, PA 19079

## Gregory J Feldmayer

| | | |
|---|---|---|
| Emp Id | 339 | Fed Taxable Income |
| Location | 000006 | Fed Filing Status |
| | | State Filing Status |

### Earnings

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| Regular | 18.41 | 45.77 | 842.63 | 15635.46 |
| PTO | 18.41 | 8.00 | 147.28 | 2061.92 |
| Overtime | | | | 96.21 |
| Holiday | | | | 437.84 |
| Total Gross Pay | | 53.77 | 989.91 | 18231.43 |

Check Date: July 06, 2018
Period Beginning: June 20, 2018
Period Ending: July 03, 2018

989.91
M/0
M/0

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 989.91 | 14.35 | 264.36 |
| SS | 989.91 | 61.38 | 1130.35 |
| PASUI-B | 989.91 | 0.60 | 10.94 |
| PA-231104 | 989.91 | 9.90 | 182.32 |
| PA-UP1M | 989.91 | 2.00 | 28.00 |
| PA | 989.91 | 30.39 | 559.70 |
| FITW M/0 | 989.91 | 54.57 | 1299.75 |
| Total Withholding | | 173.20 | 3475.42 |

### Earnings Statement

Voucher Number: 107024
Net Pay: 816.71

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1808 | xxxxx8030 | 816.71 |
| Total Direct Deposits | | 816.71 |

| Accruals | Hours | YTD Amt |
|---|---|---|
| HOL | 0.00 | |
| PTO | 64.00 | |

| Benefits | Amount | YTD Amt |
|---|---|---|

48

Gregory J Seidmayer

Master Food Distributors Inc
900 Colchester Hwy, Boothwyn, PA 19061

**Earnings Statement**

| Emp Id | 339 |
| Location | 000006 |

| Fed Taxable Income | 1678.62 |
| Fed Filing Status | M/0 |
| State Filing Status | M/0 |

| Check Date: | June 22, 2018 |
| Period Beginning: | June 06, 2018 |
| Period Ending: | June 19, 2018 |

| Voucher Number | 106995 |
| Net Pay | 1,345.42 |

### Earnings

| Earnings | Rate | Hours | Amount | YTD Amt |
|---|---|---|---|---|
| Regular | 18.41 | 51.18 | 942.22 | 14792.83 |
| PTO | 18.41 | 40.00 | 736.40 | 1914.64 |
| Overtime | | | | 96.21 |
| Holiday | | | | 437.84 |
| Total Gross Pay | | 91.18 | 1678.62 | 17241.52 |

### Taxes/Deds

| Taxes/Deds | Taxable | Amount | YTD Amt |
|---|---|---|---|
| MED | 1678.62 | 24.34 | 250.00 |
| SS | 1678.62 | 104.07 | 1068.97 |
| PASUI-E | 1678.62 | 1.00 | 10.34 |
| PA-231104 | 1678.62 | 16.79 | 172.42 |
| PA-UP1M | 1678.62 | 2.00 | 26.00 |
| PA | 1678.62 | 51.53 | 529.31 |
| FITW M/0 | 1678.62 | 133.47 | 1245.18 |
| Total Withholding | | 333.20 | 3302.22 |

### Direct Deposits

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1808 | xxxxx8030 | 1345.42 |
| Total Direct Deposits | | 1345.42 |

### Accruals

| Accruals | Hours |
|---|---|
| HOL | 0.00 |
| PTO | 72.00 |