## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Donna Feldmayer<br><br>                    Debtor(s)<br><br>Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as trustee for the holders of Asset Backed Securities Corporation Home Equity Loan Trust 2002-HE2 Asset-Backed Pass-Through Certificates, Series 2002-HE2, its successors and/or assigns<br>                    Movant<br>            vs.<br><br>Donna Feldmayer<br>                    Debtor(s)<br><br>William C. Miller Esq.<br>                    Trustee | CHAPTER 13<br><br><br><br>NO. 18-18176 AMC |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., as trustee for the holders of Asset Backed Securities Corporation Home Equity Loan Trust 2002-HE2 Asset-Backed Pass-Through Certificates, Series 2002-HE2, which was filed with the Court on or about **April 2, 2019, docket number 22**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
　　　Rebecca A. Solarz, Esquire
　　　KML Law Group, P.C.
　　　BNY Mellon Independence Center
　　　701 Market Street, Suite 5000
　　　Philadelphia, PA  19106
　　　215-627-1322
　　　Attorney for Movant/Applicant

May 15, 2019