```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                         Case No. 18-18176-elf
Donna Feldmayer                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: Antoinett             Page 1 of 2              Date Rcvd: Sep 22, 2020
                             Form ID: pdf900             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2020.
db             +Donna Feldmayer,    1427 Elm Wood Avenue,    Sharon Hill, PA 19079-2208
14246662       +Wells Fargo Bank, N.A., successor by,    merger to Wells Fargo Bank Minnesota,,
                 N.A., as trustee,   c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 23 2020 04:29:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 23 2020 04:29:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: duffyk@co.delaware.pa.us Sep 23 2020 04:29:15     Delaware County Tax Claim Bureau,
                 Government Center,   201 W. Front Street,   Media, PA 19063-2708
14253143       +E-mail/Text: duffyk@co.delaware.pa.us Sep 23 2020 04:29:15     Delaware County Tax Claim Bureau,
                 Government Center Building,   201 W. Front Street,   Media, PA 19063-2708
14253542       +E-mail/Text: steve@bottiglierilaw.com Sep 23 2020 04:29:17     Delaware County Tax Claim Bureau,
                 Government Center,   c/o STEPHEN VINCENT BOTTIGLIERI,   66 Euclid Street,    Suite C,
                 Woodbury, NJ 08096-4626
14244982       +E-mail/Text: bankruptcy@sccompanies.com Sep 23 2020 04:28:48
                 Dr Leonard's/Carol Wright Gifts,   Po Box 7823,   Edison, NJ 08818-7823
14244983       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 23 2020 04:29:15     Fingerhut,
                 Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
14260180        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 23 2020 04:35:09
                 LVNV Funding LLC C/O Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14244984       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 23 2020 04:35:37
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
14252447        E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 23 2020 04:35:33     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14244985       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 23 2020 04:35:34
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
14271716        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2020 04:28:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                 Harrisburg PA 17128-0946
14244986       +E-mail/Text: jennifer.chacon@spservicing.com Sep 23 2020 04:29:18
                 Select Portfolio Servicing, Inc,   Attn: Bankruptcy,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
14246998       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Sep 23 2020 04:35:32
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
14276018        E-mail/Text: jennifer.chacon@spservicing.com Sep 23 2020 04:29:18
                 Wells Fargo Bank, N.A., et al,   c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Sep 22, 2020
                              Form ID: pdf900              Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:

```
          BRAD J. SADEK    on behalf of Debtor Donna  Feldmayer brad@sadeklaw.com,  bradsadek@gmail.com
          LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, N.A., successor by merger to Wells
           Fargo Bank Minnesota, N.A., as trustee, et al. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                    TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
DONNA FELDMAYER

Chapter 13

Debtor

Bankruptcy No. 18-18176-ELF

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: September 22, 2020

_____  
ERIC L. FRANK  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK LAW OFFICE  
1315 WALNUT STREET #502  
PHILADELPHIA, PA 19107-

Debtor:  
DONNA FELDMAYER

1427 ELM WOOD AVENUE

SHARON HILL, PA 19079